UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN KING SPEAKS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CALIFORNIA DEPARTMENT OF<br>ALCOHOL BEVERAGE CONTROL,<br>et al.,<br><br>                    Defendants. | Case No. 2:24-cv-08160-VBF (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Seventh Amended Complaint ("SAC"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Objections to the Report and Recommendation have been filed herein.  Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

1

IT THEREFORE IS ORDERED as follows:

**The Motion Dismiss filed by defendants Jeremy Lee, Jose Ramirez, Mark Rude, Da Liu, and Christine Sotelo [Doc #74] is granted.**

**The Motion to Dismiss filed by Detective K. Bertsch [Doc #83] is granted in part and denied in part.**

Plaintiff's SAC claims alleging violation of California Business & Professions Code § 23085, violation of fair housing and equal opportunity laws, systemic racism and coordinated enforcement resulting in economic loss and emotional distress, intentional interference with contractual relations, intentional interference with prospective economic relations, and negligent interference with prospective economic relations are dismissed with prejudice and without leave to amend.

Plaintiff's other causes of action in the SAC are dismissed without prejudice and with leave to amend.

**If Plaintiff still desires to pursue his claims, he is to file an Eighth Amended Complaint no later than Monday, June 5, 2026, remedying the deficiencies discussed in the Report and Recommendation.**

Date:  April 28, 2026                    _____

                                                     The Hon. Valerie Baker Fairbank

                                                     Senior United States District Judge

2